## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 13** |
| | ) | |
| **Angel Perez,** | ) | **Case No. 23-11006** |
| | ) | |
| Debtor(s). | ) | **Judge Baer** |

### NOTICE OF MOTION

TO:    Office of Glenn Stearns, Chapter 13 Trustee, via Electronic Court Notice

Select Portfolio Servicing, Inc., c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Via Electronic Court Notice

Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84615

PLEASE TAKE NOTICE that on April 12, 2024 at 10:00 a.m., I will appear before the Honorable Judge Thorne, or any judge sitting in that judge's place, either in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S Dearborn St., Chicago, IL 60604 **or** electronically as described below, and present the Objection to the Claim of Towd Point Mortgage Trust (Claim Number 5), a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using as telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 160 731 2971 and passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                        /s/ David H. Cutler

### CERTIFICATE OF SERVICE

I, David Cutler, certify that I served a copy of this notice and the attached motion on the Trustee and the attorney for the mortgage company via electronic Court notice and on each entity shown on the creditor listed above at the address listed above via first class US mail, proper postage prepaid on March 13, 2024.

                        /s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 13** |
| | ) | |
| **Angel Perez,** | ) | **Case No. 23-11006** |
| | ) | |
| **Debtor(s).** | ) | **Judge Baer** |

**DEBTOR'S OBJECTION TO CLAIM OF TOWD
POINT MORTGAGE TRUST 2019-3  (CLAIM NO. 5)**

NOW COMES the Debtor, Angel Perez, by and through his attorneys, Cutler &

Associates, Ltd., and in support of his Objection to the Claim of Towd Point Mortgage Trust

2019-3 (Claim No. 5), state as follows:

1.       The Debtor filed his Chapter 13 Bankruptcy petition on August 22, 2023.

2.       The Debtor is the owner of the real property commonly known as 1257 Colorado,

Aurora, IL 60506.

3.       On October 31, 2023, Towd Point Mortgage Trust 2019-3, US Bank National

Association, as Indenture Trustee ("US Bank") filed a secured claim in the Debtor's bankruptcy

case in the amount of $90,233.07 allegedly owed by the Debtor to US Bank. A copy of the Proof

of Claim is attached as Exhibit A.

4.       US Bank holds the mortgage on the Debtor's property. Select Portfolio Servicing, Inc.

appears to be the servicer of the mortgage.

5.       US Bank's claim alleges that the Debtor has a pre-petition arrearage owed to the

mortgage company in the amount of $71,617.47.

6.       The Debtor entered into a loan modification with US Bank in October of 2022. A copy of

the loan modification approval documents the Debtor has are marked as Exhibit B and are

attached.

7.      The loan modification dealt with $76,132.52 of the mortgage.

8.      Based on information and belief, the claim filed by US Bank (Exhibit A) does not

properly account for this loan modification which should have a much lower arrearage based on

the loan modification.

9.      The Debtor has requested US Bank review these documents and determine whether the

Proof of Claim needs to be amended based on the loan modification entered into by the parties.

US Bank, through its attorneys, has not been able to provide any further information or

documentation. US Bank has also not amended the Proof of Claim to account for the loan

modification.

10.     Accordingly, the Proof of Claim of US Bank should be partially disallowed.

WHEREFORE, the Debtor prays for the following relief:

A.      That this Court enter an order partially disallowing the claim of Towd Point Mortgage

Trust 2019-3, US Bank National Association, as Indenture Trustee (Claim Number 5); and

B.      For such other and further relief as this Court deems equitable and just.

                                                    Respectfully Submitted,

Dated:   March 13, 2024


                                        By:_____/s/ David H. Cutler
                                        One of the attorneys for the Debtor(s)



Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600